160 So. 919

**Bud (alias Willie Foy) GIBSON v. STATE.**

4 Div. 92.

Court of Appeals of Alabama.
April 16, 1935.

SAMFORD, Judge.
Affirmed.

160 So. 919

**Lonas GILBERT v. STATE.**

8 Div. 5.

Court of Appeals of Alabama.
March 19, 1935.

RICE, Judge.
Affirmed.

159 So. 891

**M. F. GILCHRIST v. Bessie L. DANIEL.**

8 Div. 44.

Court of Appeals of Alabama.
Jan. 24, 1935.

PER CURIAM.
Dismissed for want of prosecution.

157 So. 913

**Martin GILMAN, alias, etc., v. STATE.**

6 Div. 626.

Court of Appeals of Alabama.
Nov. 13, 1934.

PER CURIAM.
Appeal dismissed.

162 So. 923

**Bell GLANTON v. CITY OF HUNTSVILLE.**

8 Div. 128.

Court of Appeals of Alabama.
June 28, 1935.

BRICKEN, Presiding Judge.
Affirmed.

161 So. 918

**Everett GLENN v. STATE.**

3 Div. 763.

Court of Appeals of Alabama.
May 14, 1935.

SAMFORD, Judge.
Appeal dismissed.

153 So. 920

**Tee GLENN v. STATE.**

4 Div. 37.

Court of Appeals of Alabama.
April 3, 1934.

SAMFORD, Judge.
Appeal dismissed.

155 So. 918

**Ed. GLOVER v. STATE.**

8 Div. 962.

Court of Appeals of Alabama.
May 22, 1934.

RICE, Judge.
Affirmed.